UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ATMOSPHERE HOSPITALITY
MANAGEMENT SERVICES, LLC,

      Plaintiff,

                      CASE NO. 2:14-CV-10299
                      JUDGE DAVID M. LAWSON
                      MAGISTRATE JUDGE PAUL J. KOMIVES

  v.

ROYAL REALTIES, LLC;
MASHKA, LLC; and
IESHULA ISHAKIS,

      Defendants.
_____/

### ORDER DEEMING MOOT
### PLAINTIFF'S OCTOBER 7, 2014 MOTION TO COMPEL DISCOVERY (Doc. Ent. 93)

On October 7, 2014, plaintiff filed a motion to compel discovery. Doc. Ent. 93. Defendants were to file a response on or before October 14, 2014. Doc. Ent. 95.

On October 14, 2014, defendants filed a response. Doc. Ent. 97. Plaintiff filed a reply on October 21, 2014. Doc. Ent. 101.

Judge Lawson has referred this motion to me for hearing and determination. Doc. Ent. 105. A statement of resolved and unresolved issues was due on November 6, 2014, and a hearing was noticed for November 13, 2014. Doc. Ent. 107.

However, on November 7, 2014, attorneys Joshua A. Lerner and Edward G. Lennon informed the Court that this case has been resolved. Accordingly, plaintiff's October 7, 2014 motion to compel discovery (Doc. Ent. 93) is DEEMED MOOT.

IT IS SO ORDERED.

The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of

fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).


Dated: November 7, 2014          s/ Paul J. Komives
                                 PAUL J. KOMIVES
                                 UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on November 7, 2014, electronically and/or by U.S. Mail.

                                 s/ Michael Williams
                                 Case Manager for the
                                 Honorable Paul J. Komives